**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-7791**

———————————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

       v.

SAMUEL PAUL CROOK,

              Defendant - Appellant.

———————————

**No. 15-7793**

———————————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

       v.

SAMUEL PAUL CROOK,

              Defendant - Appellant.

———————————

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.   (3:04-cr-00058-MOC-DSC-1;  3:04-cr-00059-MOC-DSC-1)

———————————

Submitted:  March 29, 2016           Decided:  April 1, 2016

———————————

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Samuel Paul Crook, Appellant Pro Se.  Craig Darren Randall, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Paul Crook appeals from the district court's order denying his motions filed in his related criminal cases. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Crook, Nos. 3:04-cr-00058-MOC-DSC-1; 3:04-cr-00059-MOC-DSC-1 (W.D.N.C. Oct. 21, 2015). We deny Crook's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED